# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2024-1769
LT Case No. 2019-031487-CICI

_____

BRANDON L. HAWKINS,

    Appellant,

    v.

ARNELL LEE and MARK S. INCH,
SECRETARY OF FLORIDA
DEPARTMENT OF CORRECTIONS,

    Appellees.

_____


On appeal from the Circuit Court for Volusia County.
Mary Griffo Jolley, Judge.

Brandon L. Hawkins, Sneads, pro se.

James Uthmeier, Attorney General, and Mykhaylo Vsevolodskyy,
Assistant Attorney General, Tallahassee, for Appellees.

November 6, 2025


PER CURIAM.

    AFFIRMED.

SOUD, BOATWRIGHT, and MACIVER, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————